**Order entered February 26, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00111-CV

### IN THE INTEREST OF S.G.I., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-12157**

### ORDER

Before the Court is appellant's motion to extend the time to file his notice of appeal. We **GRANT** the motion and deem the notice of appeal filed January 17, 2020 timely for jurisdictional purposes.

/s/     KEN MOLBERG
            JUSTICE